EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JOSÉ VÉLEZ CRUZ, acusado y apelante. EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JUAN VÉLEZ CRUZ, acusado y apelante.

Núms. 6382 y 6383.—*Sometidos:* Febrero 23, 1937. *Resueltos:* Junio 3, 1937.

*José M. Valentín Esteves,* abogado de los apelantes; *R. A. Gómez, Fiscal,* y *Luis Janer, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR WOLF emitió la opinión del tribunal.

José Vélez Cruz y Juan Vélez Cruz fueron también acusados y convictos del delito de portar armas. Mediante estipulación presentada en la corte inferior, los casos fueron sometidos por la prueba aducida en el juicio contra los mismos acusados en el proceso de mutilación. Todos los casos han sido acumulados con el fin de apelar utilizando la misma transcripción taquigráfica. Acabamos de confirmar la sentencia en el caso de *El Pueblo* v. *José Vélez Cruz,* por mutilación, núm. 6372 (ante, pag. 665), *y las sentencias en estos casos deben ser igualmente confirmadas.*

El Juez Asociado Señor Córdova Dávila no intervino.